**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Richard W. Mear, SBN 024739
rmear@cavanaghlaw.com
Victoria R. Kelly, SBN 035658
vkelly@cavanaghlaw.com
*Attorneys for Defendant Southwest Recovery, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Hunter,<br><br>                    Plaintiff,<br><br>v.<br><br>Southwest Recovery, LLC and Allied Solutions, LLC,<br><br>                    Defendants. | Case No. 2:23-cv-00311<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

The parties, by and through their undersigned counsel, hereby respectfully give notice to the Court that they have reached a settlement in principle of all claims asserted in this action.

The parties respectfully request 60 days to submit a stipulation of dismissal pursuant to Federal Rule 41(a)(1)(ii), and that all deadlines be stayed pending the filing of said stipulation.

DATED this 9th day of June, 2023.

THE CAVANAGH LAW FIRM, P.A.

By: */s/Richard W. Mear*
    Richard W. Mear
    William P. Haynes
    *Attorneys for Defendant Southwest Recovery, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Darlene Dahl*