1

2

3

4

5

6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9    Patrick Hunter,                          **NO. CV-23-00311-PHX-DWL**

10              Plaintiff,

11   v.                                        **JUDGMENT OF DISMISSAL IN A CIVIL CASE**

12   Southwest Recovery LLC, et al.,

13              Defendants.

14

15   **Decision by Court.** This action came for consideration before the Court. The

16   issues have been considered and a decision has been rendered.

17   IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18   November 28, 2023, all claims in this action are dismissed with prejudice pursuant to the

19   parties' settlement agreement.

20                                        Debra D. Lucas
                                          District Court Executive/Clerk of Court
21

22   November 28, 2023

23                                   By    s/ Wendy Poth
                                          Deputy Clerk
24

25

26

27

28